# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-08-00207-CR

---

**Daniel Lee Rodriguez, Appellant**

**v.**

**The State of Texas, Appellee**

---

### FROM THE DISTRICT COURT OF BURNET COUNTY, 33RD JUDICIAL DISTRICT
### NO. 32933, HONORABLE LLOYD DOUGLAS SHAVER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

It was undisputed below that appellant took money from the complainant's purse after striking her on the head with a hammer. Appellant testified that he had the complainant's permission to take the money, and that he hit her in self-defense. The jury did not convict appellant for aggravated robbery as alleged in the indictment, but found him guilty of the lesser included offense of aggravated assault. *See* Tex. Penal Code Ann. § 22.02(a)(2) (West Supp. 2008). The jury implicitly rejected appellant's self-defense claim, which was included in the court's charge.

Appellant's court-appointed attorney has filed a motion to withdraw supported by a brief concluding that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978); *Currie v. State*, 516 S.W.2d 684

(Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant received a copy of counsel's brief and was advised of his right to examine the appellate record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and without merit. We find nothing in the record that might arguably support the appeal. Counsel's motion to withdraw is granted.

The judgment of conviction is affirmed.

_____

Jan P. Patterson, Justice

Before Justices Patterson, Pemberton and Waldrop

Affirmed

Filed: January 29, 2009

Do Not Publish

2